Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| | | |
|---|---|---|
| NOTICE TYPE<br>Receipt | | NOTICE DATE<br>April 03, 2024 |
| CASE TYPE<br>I-130, Petition for Alien Relative | | USCIS ALIEN NUMBER<br>A202018321 |
| RECEIPT NUMBER<br>IOE0925120335 | RECEIVED DATE<br>March 28, 2024 | PAGE<br>1 of 1 |
| PRIORITY DATE<br>March 28, 2024 | PREFERENCE CLASSIFICATION<br>201 B INA SPOUSE OF USC | DATE OF BIRTH<br>December 04, 1990 |

MANSURA MOVLANOVA
9 NIXON CT APT 5A
BROOKLYN, NY 11223 40 00013157

APPLICANT/PETITIONER NAME AND MAILING ADDRESS

**PAYMENT INFORMATION:**

| | |
|---|---|
| **Application/Petition Fee:** | $535.00 |
| **Total Amount Received:** | $535.00 |
| **Total Balance Due:** | $0.00 |

We have received your form and are currently processing the above case for the following beneficiaries:

| Name | Date of Birth | Country of Birth | Class (If Applicable) |
|---|---|---|---|
| MARDANOV, SAID | 6/12/1993 | RUSSIA | |

If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**
(800)375-5283
APPLICANT COPY

**If this is an interview or biometrics appointment notice, please see the back of this notice for important information.**